| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Melvin Nogales**<br>**5700 Danby Ave.**<br>**Whittier, CA 90660**<br>**Tel: 323-889-9875**<br>**Email: lawforhomes@gmail.com** | **FILED**<br>MAR 3 0 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:  _____  Deputy Clerk |
| ☑ Individual appearing without attorney<br>☐ Attorney for: | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>   Karina G. Lopez<br>                                                  Debtor. | CASE NO.: **2:17-bk-11634-BR**<br>CHAPTER: **7** |
|---|---|
| | **REPLY TO UNITED STATES TRUSTEE MOTION UNDER 11 U.S.C. §110 FOR FINES AND/OR DISGORGEMENT OF FEES AGAINST BANKRUPTCY PETITION PREPARER; DECLARATION OF KARINA G. LOPEZ IN SUPPORT THEREOF** |
| | DATE: **TO BE DETERMINED**<br>TIME:<br>COURTROOM: **1668**<br>PLACE: **255 E. Temple St., Los Angeles, CA 90012** |

1. TO (specify name):   **THE HONORABLE JUDGE RUSSELL AND ALL INTERESTED PARTIES**
2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.
3. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)
4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date plus an additional three (3) days. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.
5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: **March 29, 2017**

N/A
_____
Printed name of law firm

_/s/ Melvin Nogales_____
Signature
**Melvin Nogales**
Printed name of attorney

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                                    F 9013-1.1.HEARING.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**5700 Danby Ave., Whittier, CA 90660**

A true and correct copy of the foregoing document entitled (*specify*): __**Notice of Hearing on Reply to United States Trustee Motion under 11 u.s.c. § 110 for fines and/or Disgorgement of Fees Against Bankruptcy Petition Preparer**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __3/30/17__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Carolyn Dye, Chapter 7 Trustee: trustee@cadye.com
Brad D Krasnoff: jmcdaniel@dgdk.com
United States Trustee: ustpregion16.la.ecf@usdoj.gov
Ron Maroko: ron.maroko@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __3/30/17__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court (Courtesy Copy at drop box)
Attn: Judge Russell
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 30, 2017 | **Carlos Nogales** | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    **F 9013-1.1.HEARING.NOTICE**

Melvin Nogales
5700 Danby Ave.
Whittier, CA 90660
Tel: 323-889-9875
Email: lawforhomes@gmail.com
In Pro Per

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:                     ) CASE NO.: 2:17-bk-11634-BR
                           )
Karina G. Lopez            ) Chapter 7
                           )
            Debtor.        )
                           ) RESPONSE TO UNITED STATES
                           ) TRUSTEE MOTION UNDER 11 U.S.C.
                           ) §110 FOR FINES AND/OR
                           ) DISGORGEMENT OF FEES
                           ) AGAINST BANKRUPTCY PETITION
                           ) PREPARER; DECLARATION OF
                           ) KARINA G. LOPEZ IN SUPPORT
                           ) THEREOF
                           )
                           ) Date:  TO BE DETERMINED
                           )
                           ) Time:
                           )
                           ) Location: 255 E. Temple St., Ctrm 1668
                           )           Los Angeles, CA 90012
                           )

TO THE HONORABLE JUDGE BARRY RUSSELL, UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

I, Melvin Nogales, declare as follows:

   1.   I am the Petition Preparer who assisted Ms. Lopez the above-captioned proceeding. I have personal knowledge of the facts set forth herein and if called upon to testify hereto, I could and would do so competently thereto.

   2.   The United States Trustee asserts that I did not sign the Debtor's Voluntary Petition. As of December 2015, Petition Preparers are not required to sign the Voluntary Petitions. The Trustee's own exhibit demonstrates that and there is no allocation for Petition Preparers to sign the petition.

   3.   The United States Trustee also asserts that I took money for filing fees from Ms. Lopez. This is incorrect and there is no evidence to support this allegation. Roxana Sibrian, Debtor's cousin, paid the $335.00 filing fee when she filed this bankruptcy on behalf of Ms. Lopez (Please see Debtor's Declaration).

Therefore, I respectfully request that this motion is denied or that the fees be reduced as the Court sees fit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  March 29, 2017

_____
Melvin Nogales, In Pro Per

**<u>DECLARATION OF KARINA G. LOPEZ IN SUPPORT OF REPLY TO UNITED STATES TRUSTEE MOTION UNDER 11 U.S.C. §110 FOR FINES AND/OR DISGORGEMENT OF FEES AGAINST BANKRUPTCY PETITION PREPARER</u>**

I, Karina G. Lopez, declare as follows:

I am the Debtor in the above-captioned proceeding. I have personal knowledge of the facts set forth herein and if called upon to testify hereto, I could and would do so competently thereto.

1. My bankruptcy was filed by my cousin, Roxana Sibrian, because I was not able to get the day off work nor my employer would allow me a few hours to go file my bankruptcy petition. I gave Roxana the money to pay for the filing fee and she did me the favor of filing my bankruptcy at the clerk's window. The monies were given directly to my cousin and not to Melvin.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 29, 2017   _____
                        Karina G. Lopez, Debtor

3
**RESPONSE TO UNITED STATES TRUSTEE MOTION UNDER 11 U.S.C. §110 FOR FINES AND/OR DISGORGEMENT OF FEES AGAINST BANKRUPTCY PETITION PREPARER; DECLARATION OF KARINA G. LOPEZ IN SUPPORT THEREOF**